IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

CLETUS WAYNE NIXON                                                      PLAINTIFF

VS.                                                                NO. 1:04CV365-D-D

WASTE MANAGEMENT, INC.
WASTE MANAGEMENT OF MISSISSIPPI, INC.
and ALBERT OTT                                                        DEFENDANTS

ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1)     the Defendants' motion to dismiss or, in the alternative, for summary judgment
(docket entry 7) is GRANTED;

(2)     the Plaintiff's claims are DISMISSED;

(5)     all Defendants are DISMISSED; and

(6)     this case is CLOSED.

All memoranda, depositions, declarations, and other materials considered by the Court in
ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the August 5, 2005.


                                        /s/ Glen H. Davidson
                                        Chief Judge